IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARMAINE CUSTIS,<br> Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA COURT OF<br>COMMON PLEAS, *et al.*,<br> Defendants. | :<br>:<br>:<br>:   CIVL ACTION NO. 21-CV-3573<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 1st day of December, 2021, upon consideration of Charmaine Custis's "Motion for Extra Ordinary Relief" (ECF No. 13), Exhibits (ECF No. 14), Amended Complaint (ECF No. 15), and untitled Motion docketed as "Motion for Additional Time to Amend Case" (ECF No. 16) is **ORDERED** that:

1. The "Motion for Extra Ordinary Relief" is **GRANTED**.

2. The state cases that Custis again seeks to remove to this Court are **REMANDED** to the Family Division of the Philadelphia Court of Common Pleas, pursuant to 28 U.S.C. § 1447(c), because this Court lacks subject matter jurisdiction.

3. To the extent Custis's filing can be construed as a civil pleading, the Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

4. The "Motion for Additional Time to Amend Case" is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

            BY THE COURT:

            /s/ Chad F. Kenney
            _____
            **CHAD F. KENNEY, J.**